Case 1:26-cv-00086   Document 4   Filed 01/29/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUKHJIT SINGH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-086 |
| | § | |
| MICHAEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Sukhjit Singh is currently detained by Immigration and Customs Enforcement at the Post Isabel Service Detention Center in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. (Pet., Doc. 1, 16–17; Motion for Temporary Restraining Order, Doc. 2, 2)

To the extent that Petitioner requests ex parte injunctive relief, the Court declines to issue such relief. The Court converts the request for injunctive relief into a motion for a preliminary injunction and establishes the briefing schedule below. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction). Accordingly, it is:

**ORDERED** that by no later than February 13, 2026, the Respondents shall file a response to the Petitioner's request for injunctive relief;

**ORDERED** that by no later than February 20, 2026, the Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on February 25, 2026.

Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on January 29, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge